UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER JON ELLIS,

    Plaintiff,

    v.

COUNTY OF EL DORADO, et al.,

    Defendants.

No. 2:19-cv-0518-KJM-EFB P

ORDER

    Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On December 2, 2019, the court granted plaintiff's request for leave to proceed in forma pauperis, obligating him to pay the filing fee in full through monthly payments.  ECF No. 11; 28 U.S.C. § 1915(b)(1).  On September 17, 2020, plaintiff requested that the court dismiss his case and to "withdraw [his] application to proceed in forma pauperis . . . ."  ECF Nos. 21 & 22.  The court construes plaintiff's request to voluntarily dismiss his case as conditioned upon a refund of the filing fee.  So construed, plaintiff's requests must be denied.

    If plaintiff no longer wishes to pursue this action, he may voluntarily dismiss it without prejudice by filing a notice of dismissal in accordance with Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.  Even if plaintiff chooses to voluntarily dismiss this action, he remains obligated to pay the entire filing fee "in increments," *Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015); *see also* 28 U.S.C. § 1915(b)(1) & (2); *Taylor v. Delatoore*, 281 F.3d 844, 847

1

(9th Cir. 2002) ("Under the PLRA, all prisoners who file IFP civil actions must pay the full amount of the filing fee.").

Accordingly, IT IS HEREBY ORDERED that plaintiff's September 17, 2020 requests (ECF Nos. 21 & 22) are DENIED.  If plaintiff no longer wishes to pursue this action, he may voluntarily dismiss it without prejudice by filing a notice of dismissal in accordance with Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

DATED: September 21, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE