UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Jon Ellis, | No. 2:19-cv-00518-KJM-EFB |
| Plaintiff, | ORDER |
| v. | |
| County of El Dorado, et al., | |
| Defendants. | |

In 2019, the assigned Magistrate Judge recommended dismissing plaintiff Peter Jon Ellis's complaint without leave to amend. ECF No. 18. This court later adopted that recommendation because Ellis had repeatedly filed complaints that each fell short of Rule 8, which requires a "short and plain statement of the claim showing that the pleader is entitled to relief." ECF No. 25; Fed. R. Civ. P. 8(a)(2). Now, almost three years later, Ellis requests leave to amend his complaint. ECF No. 28.

Judgment has been entered, so Ellis cannot amend his complaint unless the court grants him relief from the judgment against him under Rule 60(b). Because more than a year has passed, the court may relieve Ellis from the final judgment for three reasons: (1) "the judgment is void"; (2) "the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable"; or (3) "any other reason that justifies relief." Fed. R. Civ. P. 60(b)(4)–(6), (c)(1). Ellis has not

1

demonstrated he is entitled to relief for one of these reasons, so his **motion to amend (ECF No. 28) is denied**.

IT IS SO ORDERED.

DATED: August 16, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE